IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DEMARCUS KENARD JOE, TDCJ No. 01047716, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:17-CV-00077-M-BP |
| NON STOP CONNECTIONS (PEN PAL SERVICE COMPANY) and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § § § | |
| Defendants. | § § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice. By separate judgment, all of the Plaintiff's claims will be **DISMISSED** without prejudice.

**SIGNED** this 21st day of August, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE